JOHN E. KUHN, JR.
United States Attorney

MICHAEL J. HEYMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:22-cr-00010-JMK-MMS |
|---|---|
| Plaintiff, | COUNT 1: |
| | PASSPORT FRAUD |
| vs. |    Vio. of 18 U.S.C. § 1542 |
| | |
| WILLIAM JOE WESTFALL, | COUNT 2: |
| | HEALTH CARE BENEFITS FRAUD |
| Defendant. |    Vio. of 18 U.S.C. § 1347 |
| | |
| | COUNT 3: |
| | FALSE STATEMENTS RELATING |
| | TO HEALTH CARE BENEFITS |
| |    Vio. of 18 U.S.C. § 1035 |
| | |
| | COUNT 4: |
| | SOCIAL SECURITY BENEFITS |
| | FRAUD |
| |    Vio. of 42 U.S.C. § 408(A)(4) |
| | |
| | COUNT 5: |
| | FALSE STATEMENTS |
| |    Vio. of 18 U.S.C. § 1001 |

|                              | )   CRIMINAL FORFEITURE
|                              | )   ALLEGATION:
|                              | )   Vio. of 18 U.S.C. § 982(a)(7); 28
|                              | )   U.S.C. § 2461(c); and Rule 32.2(a)
|                              | )

# I N F O R M A T I O N

The United States Attorney charges that:

### *Introduction*

1. WILLIAM JOE WESTFALL ("WESTFALL") was born in 1949.

2. At the age of 22, WESTFALL enlisted in the U.S. Navy and served from July 1972 until July 1978. He was a computer technician and retired as an E-6 (Petty Officer First Class). WESTFALL did not serve in the Vietnam war, was never stationed in Vietnam, never received service decorations for Vietnam service, and did not travel to Vietnam during his service in the U.S. Navy. Nor did he ever travel to any country or waters near Vietnam during his service in the U.S. Navy.

COUNT 1
Passport Fraud
(18 U.S.C. § 1542)

3. The allegations above are realleged and incorporated as if fully set forth in this count.

4. On or about February 11, 2016, within the District of Alaska, defendant WESTFALL, did knowingly and willfully make false statements in an application for a United States' passport book and United States' passport card for the purpose of causing issuance of the passport documents for his own use, to wit: WESTFALL falsely stated in

his passport application that he was born in 1941 for the purpose of causing the issuance of passport book and card for his own use, knowing that the statement was false.

All of which are violations of Title 18, United States Code, Section 1542.

COUNT 2
Health Care Benefits Fraud
(18 U.S.C. § 1347)

*The Health Care Benefits Programs*

5. The allegations above are realleged and incorporated as if fully set forth in this count.

A. <u>Veteran Health Care Programs</u>

6. The U.S. Department of Veterans Affairs ("VA") is an executive branch department of the federal government charged with providing life-long healthcare benefits to eligible military veterans. The VA provides health benefits to veterans through two health care benefits programs administered by the Veterans Health Administration ("VHA") and the Veterans Benefits Administration ("VBA"). Each administration provides its own type of health care benefits to eligible veterans.

7. The VHA is the United States' largest integrated health care system, providing care at 1,293 health care facilities, including 171 medical centers and 1,112 outpatient sites of care of varying complexity (VHA outpatient clinics), serving 9 million enrolled Veterans each year. The VHA provides medical benefits to veterans with the objectives of treating illness and injuries, preventing future health problems, improving a veteran's ability to function and enhancing a veteran's quality of life. The VHA further provides health care benefits through community-based health care services. If eligible, a

veteran can receive community-based health care services which are reimbursed by the VHA. Not all veterans are eligible for VHA healthcare; but, if eligible, veterans receiving these benefits fall into one of eight priority groups. Which priority group a veteran is placed into depends on their military service history and household income.

8.    The VBA provides disability compensation to veterans who are determined by the VA to be disabled by an injury or illness incurred or aggravated during military service. These disabilities are considered to be service connected or related to circumstances of military service, even though they may arise after military service. To be eligible for compensation under the VBA, the veteran must have been separated or discharged under conditions other than dishonorable. Benefits paid under this program are tax-free.

9.    The VHA and VBA both provide health care benefits programs as that term is defined in 18 U.S.C. § 24(b), *i.e.*, they are a public or private plan or contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item, or service for which payment may be made under the plan or contract.

B. <u>Medicare Health Care Program</u>

10.    The Medicare Program ("Medicare"), established in 1965, is a health care benefit program that is administered by the United States Department of Health and Human Services ("HHS"). Medicare provides basic health insurance coverage to individuals 65 years of age and older, as well as to certain disabled persons (collectively,

"Medicare beneficiaries"). Medicare covers only medically necessary procedures that are actually provided to Medicare beneficiaries by health care providers.

11. Medicare Part A, hospital insurance, covers the cost of inpatient hospital services and post-hospital nursing facility care.

12. Medicare Part B, medical insurance, covers the cost of physician's services, including services provided to patients who were hospitalized, if the services were medically necessary and directly or personally provided by the physician.

13. The Medicare program is administered by the Centers for Medicare and Medicaid Services ("CMS"), an agency of the United States Department of Health and Human Services ("HHS"). CMS, in turn, contracts with private insurance companies called Medicare Administrative Contractors ("MAC") that process and pay individual Medicare claims. The Medicare program in Alaska is administered by Noridian Health Care Solutions LLC which, pursuant to its contract with HHS, receives, adjudicates, and pays claims submitted by physicians/providers and suppliers of medical services.

14. The Medicare program is a health care benefits program as that term is defined in 18 U.S.C. § 24(b), *i.e.*, it is a public or private plan or contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item, or service for which payment may be made under the plan or contract.

### The Scheme to Defraud

15. Beginning no later than December 2010, and continuing through the present, within the District of Alaska, WESTFALL did knowingly and willfully execute

or attempt to execute a scheme or artifice to defraud the VHA, VBA, and HHS (Medicare) health care benefits programs and obtain, by means of false or fraudulent pretenses, representations, or promises, money or property owned by, or under the custody or control of, VHA, VBA, and HHS (Medicare) health care benefits programs in connection with the delivery of or payment for health care benefits, items, or services.

### *Manner and Means*

16. The manner and means by which WESTFALL executed the above referenced scheme and artifice, are, without limitation, as follows:

17. Until December 2010, WESTFALL possessed medical insurance benefits through the employment of his former wife. In December 2010, his former wife retired, leaving him without medical insurance coverage. As a result, WESTFALL engaged in a scheme or artifice involving the VHA, VBA, and HHS to obtain health care benefits from one or more of the programs.

18. In December 2010, WESTFALL applied for Medicare benefits through the United States Social Security Administration ("SSA"). WESTFALL swore under penalty of perjury that he was born in 1941. Based on this false statement, CMS/HHS determined that WESTFALL had obtained the required age of 65 and was, therefore, eligible for Medicare benefits.

19. In June 2011, WESTFALL applied for VHA medical benefits. The enrollment application was placed on "pending confirmation" status for WESTFALL to provide proof of eligibility.

20. On approximately August 19, 2011, WESTFALL fell off a ladder. Three weeks later, he presented at an emergency room complaining of knee, back and neck pain.

21. Having not yet received confirmation of VA eligibility, on September 9, 2011, WESTFALL received his first medical treatment under the Medicare system, benefits that he was not entitled to receive absent the false statements in the Medicare application to the SSA.

22. Despite receiving Medicare benefits to address his injury, WESTFALL also continued to seek VHA eligibility. On October 7, 2011, WESTFALL provided to the VA a DD-214 (a document evidencing a military service person's discharge from active duty issued by the Department of Defense upon a service person's retirement, separation or discharge) to establish eligibility based on prior service in Vietnam. The DD-214 showed his alleged Vietnam service and 1941 birth year. The DD-214 was fraudulent. His actual/official DD-214 states that he never served in Indochina, never received any metals or decoration for service in Vietnam, and was born in 1949 -- as all other military paperwork confirmed. He was deemed eligible for VA benefits based on his false claim of Vietnam service.

23. In December 2011, WESTFALL had back surgery as a result of the August injury. Medicare provided the health care benefits.

24. In October 2013, in connection with receiving health care benefits through the VHA, WESTFALL claimed to have been a diver in the U.S. Navy, suffered hearing

loss as result of his Vietnam service, and to have been exposed to agent orange – all bases to obtain a service-related disability determination through the VBA.

25. In January 2014, WESTFALL submitted a formal claim for a service-based disability rating to the VBA. To establish eligibility, WESTFALL again claimed to have been a diver in the U.S. Navy, suffered hearing loss as result of his Vietnam service, and to have been exposed to agent orange. The service-based disability was approved based on these representations. Thereafter, WESTFALL received monthly disability benefits from the VBA. However, each of these representations establishing eligibility for the service-based disability was and is false.

26. WESTFALL continues to receive health care benefits under the VBA, VHA, and Medicare programs and continues to claim that he was born in 1941 and to have served in Vietnam. As recently as June 2021, in an effort to further perpetrate and conceal his scheme, WESTFALL falsely claimed to law enforcement that his birth year was 1941 and that he served in Vietnam. These false statements have never been corrected and the scheme persists.

27. Based on the false statements about his Vietnam service and birth year, WESTFALL received a total of at least $314,159.00 in health care benefits as follows:

- Between September 2013 and March 2020, WESTFALL received $331,401.81 in VBA and VHA benefits. The benefits were in the form of direct health care through the VHA, community care funded by the VHA, and disability benefits funded by the VBA. Eligibility was

established from WESTFALL's Vietnam service and the service-connected disability rating in connection with the Vietnam service.

- Between September 9, 2011 and September 9, 2014, WESTFALL received a total of $43,496.00 in Medicare benefits. Eligibility was based on the false 1941 year of birth.

28. WESTFALL was not eligible to receive these health care benefits and obtained them as a result of his scheme or artifice.

All of which are violations of Title 18, United States Code, Section 1347.

## COUNT 3
### False Statements Relating to Health Care Benefits
### (18 U.S.C. § 1035)

29. The allegations above are realleged and incorporated as if fully set forth in this count.

30. Beginning no later than June 2011 and continuing through the present, in the District of Alaska, the defendant, WESTFALL, in a matter involving a health care benefit program, did knowingly and willfully falsify, conceal or cover up by any trick, scheme, or device, a material fact and make materially false, fictitious, and fraudulent statements and representations, and did knowingly and willfully make and use materially false writings and documents, knowing same to contain materially false and fictitious statements and entries in connection with the delivery of or payment for health care benefits and services; to wit, defendant WESTFALL submitted or caused to be submitted false applications to the VHA, VBA and HHS (via the SSA) for health care benefits, and made false statements for continued benefits under those health care benefits programs,

when defendant then knew that he was not entitled to receive such services and that the information contained on the applications and in connection with the health care services, including, without limitation, his 1941 birth year and claims of Vietnam service, were false.

All of which are violations of Title 18, United States Code, Section 1035.

COUNT 4
Social Security Benefits Fraud
(42 U.S.C. § 408(A)(4))

31. The allegations above are realleged and incorporated as if fully set forth in this count.

32. The SSA is an executive branch department of the federal government charged with administering social security, a social insurance program consisting of retirement, disability and survivor benefits.

33. Beginning no later than December 2010, and continuing through the present, within the District of Alaska, defendant WESTFALL, in a matter within the jurisdiction of the SSA, having knowledge of the occurrence of events affecting his initial and continued right to any payment, concealed and failed to disclose such events with an intent to fraudulently secure payment in a greater amount than was due and when no payment was authorized, to wit: WESTFALL was born in 1949, but applied for Medicare benefits through the SSA and SSA retirement benefits falsely representing that his birth year was 1941. WESTFALL, having knowledge of the occurrence of those events, obtained social security benefits in a greater amount than which he was entitled (at least

$144,178.00 in overpayments), but concealed and failed to disclose the events to the SSA, and continues to conceal the events from the SSA.

All of which are violations of Title 42, United States Code, Section § 408(A)(4).

COUNT 5
False Statements
(18 U.S.C. § 1001)

34. The allegations above are realleged and incorporated as if fully set forth in this count.

35. On or about June 15, 2021, within the District of Alaska, defendant WESTFALL, in a matter within the jurisdiction of the executive branch of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations to federal law enforcement agents which were material to the activities or decisions of their organizations and capable of influencing their decisions or activities, to wit: On June 15, 2021, agents of Department of Veterans Affairs Office of Inspector General and Department of Health and Human Services Office of Inspector General interviewed defendant WESTFALL. During that interview, defendant WESTFALL knowingly and willfully made the following material false statements, among others, to the federal agents:

(1) That he was born in 1941;
(2) That he graduated high school in 1960;
(3) That he served in Vietnam between 1972 and 1975; and
(4) That he was exposed to agent orange because he was in the Mekong River Delta.

36. In truth and fact, as defendant WESTFALL then and there well knew, the statements and representations were false, fictitious and fraudulent when made, and made such statements with the intent to influence the agents' decisions and activities.

All of which are violations of Title 18, United States Code, Section 1001.

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 2-3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(7), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offenses in violation of 18 U.S.C. §§ 1035 and 1347, as set forth in Counts 2-3 of this Indictment, the defendant, WESTFALL, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violations.

All pursuant to 18 U.S.C. § 982(a)(7); 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

DATED this 14th day of March, 2022, at Anchorage, Alaska.

JOHN E. KUHN, JR.
United States Attorney

s/ *Michael J. Heyman*
MICHAEL J. HEYMAN
Assistant U.S. Attorney
United States of America